IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CVS PHARMACY INC.,<br><br>　　　　Defendant. | No. 2:19-CV-2145-DAD-DMC<br><br><br>ORDER |

　　　　Plaintiff brings this civil action. Counsel for Plaintiff has been granted leave to withdraw and Ms. Stiles in now proceeding pro se.

　　　　This matter was stayed on March 9, 2020, pending entry of final judgment in <u>Stiles v. Walmart Stores, Inc., et al.</u>, 2:14-cv-2234-DAD-DMC (<u>Stiles I</u>). <u>See</u> ECF No. 26. Final judgment in <u>Stiles I</u> was entered on March 20, 2023. <u>See</u> ECF No. 610 in <u>Stiles I</u>. The Court will, therefore, lift the stay of these proceedings imposed on March 9, 2020, and set the matter for an initial scheduling conference.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The stay of these proceedings imposed on March 9, 2020, is LIFTED.

2. The schedule set by the Court's October 23, 2019, order at ECF No. 22 is VACATED.

3. This matter is set for an initial scheduling conference before the undersigned on October 24, 2023, at 10:00 a.m., via Zoom.

4. On or before October 17, 2023, the parties shall meet and confer and file a joint scheduling conference report.

Dated: September 18, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE